1  MELINDA L. HAAG CSBN 132612
   United States Attorney
2  DONNA L. CALVERT, SBN IL 6191786
   Acting Regional Chief Counsel, Region IX
3  ELIZABETH BARRY, CSBN 203314
   Special Assistant United States Attorney
4
       160 Spear Street, 8th Floor
5      San Francisco, California 94105
       Telephone: (415) 977-8972
6      Facsimile: (415) 744-0134
       Email: Elizabeth.Barry@ssa.gov
7
   Attorneys for Defendant

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DALENA M. TAVERNITI, ) ) | CASE NO.: C-3:11-cv-06659-JW |
| Plaintiff, ) ) | STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT |
| v. ) ) | |
| MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) ) | |
| Defendant. ) _____) | |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that the Commissioner shall have a 30-day extension of time in which to answer or otherwise respond to Plaintiff's Complaint. The extension is requested because meaningful review of this case is not possible, as the Commissioner has not yet received the administrative record.

/ / /

The Commissioner's answer to Plaintiff's Complaint is due May 7, 2012; it will now be due June 6, 2012.

Respectfully submitted,

Dated: May 7, 2012          */s/ Margaret Mullin Weems*
                            (as authorized via Robert Weems via telephone)
                            MARGARET MULLIN WEEMS
                            Attorney for Plaintiff


                            MELINDA L. HAAG
                            United States Attorney

Dated: May 7, 2012      By */s/ Elizabeth Barry*
                            ELIZABETH BARRY
                            Special Assistant U.S. Attorney
                            Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 9, 2012          _____
                            JAMES WARE
                            UNITED STATES DISTRICT JUDGE