**IT IS SO ORDERED**
*[signature]*
Judge James Ware

1  MELINDA L. HAAG CSBN 132612
   United States Attorney
2  DONNA L. CALVERT, SBN IL 6191786
   Acting Regional Chief Counsel, Region IX
3  ELIZABETH BARRY, CSBN 203314
   Special Assistant United States Attorney
4
      160 Spear Street, 8th Floor
5     San Francisco, California 94105
      Telephone: (415) 977-8972
6     Facsimile: (415) 744-0134
      Email: Elizabeth.Barry@ssa.gov
7
   Attorneys for Defendant
8
                UNITED STATES DISTRICT COURT
9               NORTHERN DISTRICT OF CALIFORNIA
                    **SAN FRANCISCO DIVISION**
10

11 | DALENA M. TAVERNITI,           )
   |                                )   CASE NO.: C-3:11-cv-06659-JW
12 |         Plaintiff,             )
   |                                )   STIPULATION AND ~~PROPOSED~~ ORDER
13 |     v.                         )   FOR A FIRST EXTENSION FOR
   |                                )   DEFENDANT TO ANSWER OR OTHERWISE
14 | MICHAEL J. ASTRUE,             )   RESPOND TO PLAINTIFF'S COMPLAINT
   | Commissioner of Social Security,)
15 |                                )
   |         Defendant.             )
16 | _____ )

17     IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

18  approval of the Court, that the Commissioner shall have a 30-day extension of time in which to answer

19  or otherwise respond to Plaintiff's Complaint. The extension is requested because meaningful review of

20  this case is not possible, as the Commissioner has not yet received the administrative record.

21  / / /

1  The Commissioner's answer to Plaintiff's Complaint is due May 7, 2012; it will now be due June
2  6, 2012.

Respectfully submitted,

Dated: May 7, 2012            */s/ Margaret Mullin Weems*
                              (as authorized via Robert Weems via telephone)
                              MARGARET MULLIN WEEMS
                              Attorney for Plaintiff


                              MELINDA L. HAAG
                              United States Attorney

Dated: May 7, 2012         By */s/ Elizabeth Barry*
                              ELIZABETH BARRY
                              Special Assistant U.S. Attorney
                              Attorneys for Defendant


ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 9, 2012          _____
                            JAMES WARE
                            UNITED STATES DISTRICT JUDGE

2