1  MELINDA L. HAAG CSBN 132612
   United States Attorney
2  DONNA L. CALVERT, SBN IL 6191786
   Acting Regional Chief Counsel, Region IX
3  ELIZABETH BARRY, CSBN 203314
   Special Assistant United States Attorney
4
       160 Spear Street, 8th Floor
5      San Francisco, California 94105
       Telephone:  (415) 977-8972
6      Facsimile:  (415) 744-0134
       Email: Elizabeth.Barry@ssa.gov
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9               NORTHERN DISTRICT OF CALIFORNIA
                       **SAN FRANCISCO DIVISION**
10

11  DALENA M. TAVERNITI,               )
                                       )       CASE NO.: C-3:11-cv-06659-JW
12              Plaintiff,             )
                                       )       STIPULATION AND ~~PROPOSED~~ ORDER
13          v.                         )       FOR A SECOND EXTENSION FOR
                                       )       DEFENDANT TO ANSWER OR OTHERWISE
14  MICHAEL J. ASTRUE,                 )       RESPOND TO PLAINTIFF'S COMPLAINT
    Commissioner of Social Security,   )
15                                     )
                Defendant.             )
16  _____)

17       IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

18  approval of the Court, that the Commissioner shall have a 30-day extension of time in which to answer

19  or otherwise respond to Plaintiff's Complaint. The extension is requested because meaningful review of

20  this case is not possible, as the Commissioner has not yet received the administrative record.

21  / / /

22

23

24

25

26

27

28

*IT IS SO ORDERED*

*James Ware*

Judge James Ware

1    This is the Commissioner's second request for an extension. The Commissioner's answer to

2  Plaintiff's Complaint is due June 6, 2012; it will now be due July 6, 2012.

3

4                                         Respectfully submitted,

5  Dated: June 6, 2012                    */s/ Margaret Mullin Weems*
                                          (as authorized via Robert Weems via telephone)
6                                         MARGARET MULLIN WEEMS
                                          Attorney for Plaintiff
7

8

9
                                          MELINDA L. HAAG
10                                        United States Attorney

11  Dated: June 6, 2012            By  */s/ Elizabeth Barry*
                                        ELIZABETH BARRY
12                                      Special Assistant U.S. Attorney
                                        Attorneys for Defendant
13

14

15                                        ORDER

16  PURSUANT TO STIPULATION, IT IS SO ORDERED.

17  DATED: June 11, 2012

18                                        JAMES WARE
                                          UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28