*IT IS SO ORDERED*
*Judge James Ware*

1  MELINDA L. HAAG CSBN 132612
   United States Attorney
2  DONNA L. CALVERT, SBN IL 6191786
   Acting Regional Chief Counsel, Region IX
3  ELIZABETH BARRY, CSBN 203314
   Special Assistant United States Attorney
4
   160 Spear Street, 8th Floor
5  San Francisco, California 94105
   Telephone:  (415) 977-8972
6  Facsimile:  (415) 744-0134
   Email: Elizabeth.Barry@ssa.gov
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
                        **SAN FRANCISCO DIVISION**
10

11 DALENA M. TAVERNITI,            )
                                    )   CASE NO.: C-3:11-cv-06659-JW
12         Plaintiff,               )
                                    )   STIPULATION AND ~~PROPOSED~~ ORDER
13         v.                       )   FOR A SECOND EXTENSION FOR
                                    )   DEFENDANT TO ANSWER OR OTHERWISE
14 MICHAEL J. ASTRUE,               )   RESPOND TO PLAINTIFF'S COMPLAINT
   Commissioner of Social Security, )
15                                  )
           Defendant.               )
16 _____  )

17      IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

18 approval of the Court, that the Commissioner shall have a 30-day extension of time in which to answer

19 or otherwise respond to Plaintiff's Complaint. The extension is requested because meaningful review of

20 this case is not possible, as the Commissioner has not yet received the administrative record.

21 / / /

This is the Commissioner's second request for an extension. The Commissioner's answer to Plaintiff's Complaint is due June 6, 2012; it will now be due July 6, 2012.

Respectfully submitted,

Dated: June 6, 2012  /s/ Margaret Mullin Weems
(as authorized via Robert Weems via telephone)
MARGARET MULLIN WEEMS
Attorney for Plaintiff


MELINDA L. HAAG
United States Attorney

Dated: June 6, 2012  By /s/ Elizabeth Barry
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 11, 2012                              _____
JAMES WARE
UNITED STATES DISTRICT JUDGE

2