*IT IS SO ORDERED*
*[signature] Judge James Ware*

1  MELINDA L. HAAG CSBN 132612
   United States Attorney
2  DONNA L. CALVERT, SBN IL 6191786
   Acting Regional Chief Counsel, Region IX
3  ELIZABETH BARRY, CSBN 203314
   Special Assistant United States Attorney
4
      160 Spear Street, 8th Floor
5     San Francisco, California 94105
      Telephone: (415) 977-8972
6     Facsimile: (415) 744-0134
      Email: Elizabeth.Barry@ssa.gov
7
   Attorneys for Defendant
8
                UNITED STATES DISTRICT COURT
9               NORTHERN DISTRICT OF CALIFORNIA
                    **SAN FRANCISCO DIVISION**
10

11 DALENA M. TAVERNITI,           )
                                  )   CASE NO.: C-3:11-cv-06659-JW
12              Plaintiff,        )
                                  )   STIPULATION AND ~~PROPOSED~~ ORDER
13         v.                     )   FOR A THIRD EXTENSION FOR
                                  )   DEFENDANT TO ANSWER OR OTHERWISE
14 MICHAEL J. ASTRUE,             )   RESPOND TO PLAINTIFF'S COMPLAINT
   Commissioner of Social Security,)
15                                )
                Defendant.        )
16 _____)

17     IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

18 approval of the Court, that the Commissioner shall have a 30-day extension of time in which to answer

19 or otherwise respond to Plaintiff's Complaint. The extension is requested because meaningful review of

20 this case is not possible, as the Commissioner has not yet received the administrative record and other

21 pertinent information from the Appeals Council. The undersigned Defendant's counsel has been

22 informed that this plaintiff has a lengthy administrative history with the Social Security Administration,

23 which dates back to the mid-1980s, and apparently the administrative record in this matter is very

24 involved. The undersigned defense counsel is in communication with the Appeals Council and hopes to

25 obtain the necessary information shortly. This stipulation is not intended to cause unreasonable delay.

26 / / /

27

28

This is the Commissioner's third request for an extension. The Commissioner's answer to Plaintiff's Complaint is due July 6, 2012; it will now be due August 6, 2012.

Respectfully submitted,

Dated: July 6, 2012

*/s/ Robert Weems*
ROBERT WEEMS
Attorney for Plaintiff



MELINDA L. HAAG
United States Attorney

Dated: July 6, 2012

By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant


ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 10, 2012

JAMES WARE
UNITED STATES DISTRICT JUDGE

2