1  MELINDA L. HAAG CSBN 132612
   United States Attorney
2  DONNA L. CALVERT, SBN IL 6191786
   Acting Regional Chief Counsel, Region IX
3  ELIZABETH BARRY, CSBN 203314
   Special Assistant United States Attorney
4
5      160 Spear Street, 8th Floor
       San Francisco, California 94105
       Telephone:  (415) 977-8972
6      Facsimile:  (415) 744-0134
       Email: Elizabeth.Barry@ssa.gov
7
   Attorneys for Defendant
8

**IT IS SO ORDERED**

*James Ware*

Judge James Ware

9              UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
10               **SAN FRANCISCO DIVISION**

11 DALENA M. TAVERNITI,                 )
                                        )   CASE NO.: C-3:11-cv-06659-JW
12              Plaintiff,              )
                                        )   STIPULATION AND ~~PROPOSED~~ ORDER
13       v.                             )   FOR A ONE-WEEK EXTENSION FOR
                                        )   DEFENDANT TO ANSWER OR OTHERWISE
14 MICHAEL J. ASTRUE,                   )   RESPOND TO PLAINTIFF'S COMPLAINT
   Commissioner of Social Security,     )
15                                      )
                Defendant.              )
16 _____ )

17       IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

18 approval of the Court, that the Commissioner shall have a 1-week extension of time, or until August 13,

19 2012, in which to answer or otherwise respond to Plaintiff's Complaint. The extension is requested

20 because the counsel for the Commissioner has been awaiting information from the Appeals Council

21 regarding this matter, which she only recently received, and she requires additional time to answer or

22 otherwise respond to Plaintiff's Complaint. This plaintiff has a lengthy administrative history with the

23 Social Security Administration, which dates back to the mid-1980s, and the administrative evidence in

24 this matter is substantial. This stipulation is not intended to cause unreasonable delay.

25 / / /

26

27

28

1       This is the Commissioner's fourth request for an extension. The Commissioner's answer to

2 Plaintiff's Complaint is due August 6, 2012; it will now be due August 13, 2012.

3

4                                    Respectfully submitted,

5 Dated: August 6, 2012                */s/ Robert Weems*
                                ROBERT WEEMS

6                                 (as authorized via email)

7                                 Attorney for Plaintiff

8

9

10                                 MELINDA L. HAAG
                                United States Attorney

11 Dated: August 6, 2012             By */s/ Elizabeth Barry*
                                ELIZABETH BARRY

12                                 Special Assistant U.S. Attorney
                                Attorneys for Defendant

13

14

15                                 <u>ORDER</u>

16 PURSUANT TO STIPULATION, IT IS SO ORDERED.

17 DATED: <u>August 7, 2012</u>

18                               JAMES WARE
                              UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28