**IT IS SO ORDERED**
*James Ware*
Judge James Ware

1  MELINDA L. HAAG CSBN 132612
   United States Attorney
2  DONNA L. CALVERT, SBN IL 6191786
   Acting Regional Chief Counsel, Region IX
3  ELIZABETH BARRY, CSBN 203314
   Special Assistant United States Attorney
4
      160 Spear Street, 8th Floor
5     San Francisco, California 94105
      Telephone:  (415) 977-8972
6     Facsimile:  (415) 744-0134
      Email: Elizabeth.Barry@ssa.gov
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
                        **SAN FRANCISCO DIVISION**
10

11 | DALENA M. TAVERNITI,              )
   |                                   )   CASE NO.: C-3:11-cv-06659-JW
12 |           Plaintiff,              )
   |                                   )   STIPULATION AND ~~PROPOSED~~ ORDER
13 |       v.                          )   FOR A ONE-WEEK EXTENSION FOR
   |                                   )   DEFENDANT TO ANSWER OR OTHERWISE
14 | MICHAEL J. ASTRUE,                )   RESPOND TO PLAINTIFF'S COMPLAINT
   | Commissioner of Social Security,  )
15 |                                   )
   |           Defendant.              )
16 | _____   )

17       IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

18  approval of the Court, that the Commissioner shall have a 1-week extension of time, or until August 13,

19  2012, in which to answer or otherwise respond to Plaintiff's Complaint. The extension is requested

20  because the counsel for the Commissioner has been awaiting information from the Appeals Council

21  regarding this matter, which she only recently received, and she requires additional time to answer or

22  otherwise respond to Plaintiff's Complaint. This plaintiff has a lengthy administrative history with the

23  Social Security Administration, which dates back to the mid-1980s, and the administrative evidence in

24  this matter is substantial. This stipulation is not intended to cause unreasonable delay.

25  / / /

26

27

28

1  This is the Commissioner's fourth request for an extension. The Commissioner's answer to
2  Plaintiff's Complaint is due August 6, 2012; it will now be due August 13, 2012.

Respectfully submitted,

Dated: August 6, 2012

*/s/ Robert Weems*
ROBERT WEEMS
(as authorized via email)
Attorney for Plaintiff


MELINDA L. HAAG
United States Attorney

Dated: August 6, 2012            By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant


ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 7, 2012            _____
JAMES WARE
UNITED STATES DISTRICT JUDGE

2